# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| GEM HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN COPROATION d/b/a NORTHWESTERN ENERGY, <br><br> Defendant. | Case No. 4:23-cv-00087-BMM <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties Stipulation for Dismissal with Prejudice (Doc. 18), and for good cause appearing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys' fees.

DATED this 7th day of April, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1